**Order filed October 27, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00032-CV
_____

**KACY DEPRIEST, Appellant**

**V.**

**SIDNEY HEATH DEPRIEST, Appellee**

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-DCV-242033**

## O R D E R

Appellant's brief was originally due June 30, 2020. On July 7, 2020, we issued an order warning appellant that we would dismiss the appeal for want of prosecution if she did not file her brief by July 30, 2020. On August 3, 2020, appellant sought and received an extension until August 20, 2020. On August 24, 2020, she sought and received an extension until August 31, 2020. On September 14, 2020, she sought an extension until September 18. After no brief was filed on September 18, we granted her an extension until October 5, 2020, and warned that no further extensions

would be granted absent extraordinary circumstances. On October 7, 2020, appellant filed a notice that states she "will be filing her Brief of Appellant with the Court on October 9, 2020, without further delay or extension, with motion accompanying filing." No brief or motion to extend time has been filed.

If appellant does not file a brief with this court on or before **November 16, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.